UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MITTIE RENEE JESTER,

    Plaintiff,

v.                                    Case No: 8:15-CV-2867-T-27AEP

HEATHER HILL NURSING CENTER,
LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Dkt. 29) and the Settlement Agreement (Dkt. 29-1). Upon careful consideration of the agreement, the Court finds that it is a fair and reasonable settlement of a bona fide dispute between the parties over provisions of the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1355 (11th Cir. 1982). Accordingly, the Joint Motion to Approve FLSA Settlement and for Dismissal With Prejudice (Dkt. 29) is **GRANTED**. The Settlement Agreement (Dkt. 29-1) is **APPROVED**. This case is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 18th day of January, 2017.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to: Counsel of Record